**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 8:14-BK-01093-KRM |
| | § | |
| Mary L. Groberg | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/30/2014. The undersigned trustee was appointed on 01/31/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $3,850.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $2,200.00 |
| Bank service fees | $0.00 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $1,650.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 06/09/2014 and the deadline for filing government claims was 07/29/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $412.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $412.50, for a total compensation of $412.50[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $41.91, for total expenses of $41.91.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/19/2015 By: /s/ Beth Ann Scharrer
Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

| | | | |
|---|---|---|---|
| **Case No.:** | 14-01093-KRM | **Trustee Name:** | Beth Ann Scharrer |
| **Case Name:** | Groberg, Mary L. | **Date Filed (f) or Converted (c):** | 01/30/2014 (f) |
| **For the Period Ending:** | 11/19/2015 | **§341(a) Meeting Date:** | 03/06/2014 |
| | | **Claims Bar Date:** | 06/09/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Bank Accounts | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Chase checking | | | | | |
| 2 | Household goods and furnishings: | $700.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | couch, chair, table, 2 entertainment centers, tv stand, 2 beds, 2 dressers, table & 4 chairs, desk, computer, printer, 2 older tvs, dvd player, vcr, microwave, outdoor small patio table and 1 chair, misc. household items and kitchen wares | | | | | |
| 3 | Wearing apparel. Debtor's clothing | $50.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Description: Debtor's clothing; Imported from original petition Doc# 1 | | | | | |
| 4 | Furs and jewelry. | $25.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | watch, chain necklace | | | | | |
| 5 | Interests in insurance policies. Hartford Group | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | term life insurance policy, no value | | | | | |
| 6 | Interests in IRA, ERISA, Keogh, or other pension | $1,336.89 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | BayCare 401K with Fidelity Investments | | | | | |
| 7 | Automobiles and other vehicles: | $11,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 2012 Hyundai Elantra, mileage - 51,000 | | | | | |
| 8 | Animals. | $10.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 2 pet dogs | | | | | |
| 9 | Potential FDCPA claim against ABC **(u)** | $0.00 | $1,650.00 | | $3,850.00 | FA |
| **Asset Notes:** | settled for a total of $3850.00, of which $1650.00 goes to the estate and $2200.00 to cover fees and costs | | | | | |
| | **TOTALS (Excluding unknown value)** | **$13,121.89** | **$1,650.00** | | **$3,850.00** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

11/13/2015 Motion to approve compromise FDCPA claim, fee application for special counsel both filed and approved by Court . TFR in process

06/10/2015 FDCPA complaint filed against ABC Financial Services. Adv. 15-00533

02/15/2015 Attorney investigating FDCPA clams(s)

12/15/2014 All claims reviewed. No objections needed.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

**Case No.:** 14-01093-KRM
**Case Name:** Groberg, Mary L.
**For the Period Ending:** 11/19/2015

**Trustee Name:** Beth Ann Scharrer
**Date Filed (f) or Converted (c):** 01/30/2014 (f)
**§341(a) Meeting Date:** 03/06/2014
**Claims Bar Date:** 06/09/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Retaining attorney to pursue potential FDCPA claim(s) on behalf of estate. 3.14

**Initial Projected Date Of Final Report (TFR):** 06/15/2015

**Current Projected Date Of Final Report (TFR):** 12/15/2015

/s/ BETH ANN SCHARRER

BETH ANN SCHARRER

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 14-01093-KRM
**Case Name:** Groberg, Mary L.
**Primary Taxpayer ID #:** **-***2617
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 1/30/2014
**For Period Ending:** 11/19/2015

**Trustee Name:** Beth Ann Scharrer
**Bank Name:** Pinnacle Bank
**Checking Acct #:** ******0326
**Account Title:**
**Blanket bond (per case limit):** $48,399,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/13/2015 | | Lash Wilcox & Grace, PL Trust Acct | FDCPA settlement | * | $1,650.00 | | $1,650.00 |
| | {9} | | $3,850.00 | 1249-000 | | | $1,650.00 |
| | | | $(2,200.00) | 3210-602 | | | $1,650.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $1,650.00 | $0.00 | $1,650.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $1,650.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $1,650.00 | $0.00 | |

| **For the period of 1/30/2014 to 11/19/2015** | | **For the entire history of the account between 11/13/2015 to 11/19/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,850.00 | Total Compensable Receipts: | $3,850.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,850.00 | Total Comp/Non Comp Receipts: | $3,850.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,200.00 | Total Non-Compensable Disbursements: | $2,200.00 |
| Total Comp/Non Comp Disbursements: | $2,200.00 | Total Comp/Non Comp Disbursements: | $2,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 14-01093-KRM
**Case Name:** Groberg, Mary L.
**Primary Taxpayer ID #:** **-***2617
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 1/30/2014
**For Period Ending:** 11/19/2015

**Trustee Name:** Beth Ann Scharrer
**Bank Name:** Pinnacle Bank
**Checking Acct #:** ******0326
**Account Title:**
**Blanket bond (per case limit):** $48,399,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $1,650.00 | $0.00 | $1,650.00 |

**For the period of 1/30/2014 to 11/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,850.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,850.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,200.00 |
| Total Comp/Non Comp Disbursements: | $2,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/30/2014 to 11/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,850.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,850.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,200.00 |
| Total Comp/Non Comp Disbursements: | $2,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# CLAIM ANALYSIS REPORT

Exhibit C

**Case No.** 14-01093-KRM
**Case Name:** Groberg, Mary L.
**Claims Bar Date:** 06/09/2014

**Trustee Name:** Beth Ann Scharrer
**Date:** 11/19/2015

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BETH ANN SCHARRER<br>PO Box 4550<br>Seminole FL 33775-4550 | 11/19/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $412.50 | $412.50 | $0.00 | $0.00 | $0.00 | $412.50 |
| | BETH ANN SCHARRER<br>PO Box 4550<br>Seminole FL 33775-4550 | 11/10/2014 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $41.91 | $41.91 | $0.00 | $0.00 | $0.00 | $41.91 |
| | CLERK, UNITED STATES BANKRUPTCY COURT<br>United States Bankruptcy Court<br>801 N. Florida Ave., Suite 555<br>Tampa FL 33602 | 09/16/2015 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $0.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |

**Claim Notes:** Adv. 15-533

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LASH WILCOX & GRACE PL<br>4950 West Kennedy Blvd, #320<br>Tampa FL 33609 | 11/13/2015 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $0.00 | $2,200.00 | $2,200.00 | $2,200.00 | $0.00 | $0.00 | $0.00 |
| 12P | INTERNAL REVENUE SERVICE<br>Attn: Special Procedures<br>Stop 5720<br>400 W. Bay St., Ste. 35045<br>Jacksonville FL 32202 | 03/14/2014 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $9,149.50 | $9,149.50 | $0.00 | $0.00 | $0.00 | $9,149.50 |
| 12F | INTERNAL REVENUE SERVICE<br>Attn: Special Procedures<br>Stop 5720<br>400 W. Bay St., Ste. 35045<br>Jacksonville FL 32202 | 03/14/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $280.96 | $280.96 | $0.00 | $0.00 | $0.00 | $280.96 |
| 2 | US DEPARTMENT OF EDUCATION<br>C/O Nelnet<br>3015 South Parker Road Suite 400<br>Aurora CO 80014-2904 | 03/26/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,773.16 | $10,773.16 | $0.00 | $0.00 | $0.00 | $10,773.16 |

# CLAIM ANALYSIS REPORT

**Case No.** 14-01093-KRM
**Case Name:** Groberg, Mary L.
**Claims Bar Date:** 06/09/2014

**Trustee Name:** Beth Ann Scharrer
**Date:** 11/19/2015

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 03/27/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,890.02 | $1,890.02 | $0.00 | $0.00 | $0.00 | $1,890.02 |
| 4 | UNITED CONSUMER FINANCIAL SERVICES<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | 04/08/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,867.61 | $1,867.61 | $0.00 | $0.00 | $0.00 | $1,867.61 |
| 5 | RUE EDUCIATION PUBLISHERS INC,<br>2649 Gulf to Bay Boulevard<br>Clearwater Fl 33759 | 04/14/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,831.23 | $3,831.23 | $0.00 | $0.00 | $0.00 | $3,831.23 |
| 6 | SALLIE MAE<br>PO Box 9640<br>Barre PA 18773-9640 | 04/22/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,708.25 | $11,708.25 | $0.00 | $0.00 | $0.00 | $11,708.25 |
| | | | | | | | **$42,505.14** | **$42,505.14** | **$2,200.00** | **$0.00** | **$0.00** | **$40,305.14** |

**CLAIM ANALYSIS REPORT**

**Case No.** 14-01093-KRM
**Case Name:** Groberg, Mary L.
**Claims Bar Date:** 06/09/2014

**Trustee Name:** Beth Ann Scharrer
**Date:** 11/19/2015

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units | $9,149.50 | $9,149.50 | $0.00 | $0.00 | $0.00 | $9,149.50 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| General Unsecured § 726(a)(2) | $30,351.23 | $30,351.23 | $0.00 | $0.00 | $0.00 | $30,351.23 |
| Special Counsel for Trustee Fees | $2,200.00 | $2,200.00 | $2,200.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $412.50 | $412.50 | $0.00 | $0.00 | $0.00 | $412.50 |
| Trustee Expenses | $41.91 | $41.91 | $0.00 | $0.00 | $0.00 | $41.91 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 8:14-BK-01093-KRM
Case Name: Mary L. Groberg
Trustee Name: Beth Ann Scharrer

Balance on hand: $1,650.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $1,650.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Beth Ann Scharrer, Trustee Fees | $412.50 | $0.00 | $412.50 |
| Beth Ann Scharrer, Trustee Expenses | $41.91 | $0.00 | $41.91 |
| Lash Wilcox & Grace, PL Trust Acct , Special Counsel for Trustee Fees | $2,200.00 | $2,200.00 | $0.00 |
| Clerk, United States Bankruptcy Court, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |

Total to be paid for chapter 7 administrative expenses: $804.41
Remaining balance: $845.59

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $845.59

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,149.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. | Interim | Proposed |
|---|---|---|---|---|

| | | of Claim | Payments to Date | Payment |
|---|---|---|---|---|
| 12P | Internal Revenue Service | $9,149.50 | $0.00 | $845.59 |

Total to be paid to priority claims: $845.59
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $30,351.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 12F | Internal Revenue Service | $280.96 | $0.00 | $0.00 |
| 2 | US Department of Education | $10,773.16 | $0.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | $1,890.02 | $0.00 | $0.00 |
| 4 | United Consumer Financial Services | $1,867.61 | $0.00 | $0.00 |
| 5 | Rue Educiation Publishers Inc, | $3,831.23 | $0.00 | $0.00 |
| 6 | Sallie Mae | $11,708.25 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |